**Bonnie RIFFLE, Plaintiff–Appellant,**

v.

**George BRADSHAW, Sergeant; Larry Bradley, Captain; Charles Platt, Trooper; J.C. Spriggs, Sergeant; Gary Edgell, Colonel, West Virginia State Police; West Virginia State Police, Defendants–Appellees.**

No. 02–1272.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 18, 2002.

Bonnie Riffle, Appellant Pro Se. Jeffrey Kent Phillips, Steptoe & Johnson, Charleston, West Virginia, for Appellees.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Bonnie Riffle appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Riffle v. Bradshaw,* No. CA–01–62–3 (N.D.W.Va. Jan. 28, 2002); *see also Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*